```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 09374
   GLORIA HYNDMAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9360


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2006 and was confirmed 09/28/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED             8200.00       1191.28       4775.61
NUVELL CREDIT CO LLC       UNSEC W/INTER       7761.05           .00           .00
AT & T WIRELESS            UNSEC W/INTER     NOT FILED           .00           .00
AT&T WIRELESS MINNEAPOLI   NOTICE ONLY       NOT FILED           .00           .00
MASSEYS                    NOTICE ONLY       NOT FILED           .00           .00
MASSEYS                    UNSEC W/INTER     NOT FILED           .00           .00
PROVIDIAN                  NOTICE ONLY       NOT FILED           .00           .00
PROVIDIAN                  NOTICE ONLY       NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK    UNSEC W/INTER     NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER        234.88           .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY         2,500.00                     2,055.27
TOM VAUGHN                 TRUSTEE                                            546.69
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             8,568.85

PRIORITY                                           .00
SECURED                                       4,775.61
    INTEREST                                  1,191.28
UNSECURED                                          .00
ADMINISTRATIVE                                2,055.27
TRUSTEE COMPENSATION                            546.69
DEBTOR REFUND                                      .00
                    ---------------       ---------------
TOTALS              8,568.85                  8,568.85
```

           PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09374 GLORIA HYNDMAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |